```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
 7
 8                   UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,   ) No. 11-330 LKK
                                )
11              Plaintiff,      ) ORDER
                                )
12       v.                     ) Date:  September 13, 2011
                                ) Time:  9:15 a.m.
13  ROBERT CLOONEY,             ) Judge: Hon. Lawrence K. Karlton
                                )
14              Defendant.      )
    _____)
15
```

16    This matter came before the Court for status conference on
17 September 13, 2011.  The parties agreed to reschedule the status
18 conference to September 27, 2011, at 9:15 a.m.  The parties also agreed
19 to exclude time under the Speedy Trial Act up to and including
20 September 27, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4,
21 for preparation of defense counsel.  Finally, the parties agreed that
22 the ends of justice served by granting the defendant's request for a
23 continuance outweigh the best interest of the public and the defendant
24 in a speedy trial.
25    Good cause appearing therefor,
26    **IT IS ORDERED** that this matter is continued to September 27, 2011,
27 at 9:15 a.m.;
28

ORDER                              1                            11-330 LKK

**IT IS FURTHER ORDERED** that the period from September 13, 2011, up to and including September 27, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT