1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    MICHAEL PETRIK, Jr., #177913
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5

6    Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )  No. 11-330 LKK
                                    )
11                    Plaintiff,    )  ORDER
                                    )
12        v.                        )  Date:   September 27, 2011
                                    )  Time:   9:15 a.m.
13   ROBERT CLOONEY,                )  Judge:  Hon. Lawrence K. Karlton
                                    )
14                    Defendant.    )
     _____)
15

16        This matter came before the Court for status conference on

17   September 27, 2011.  The parties agreed to reschedule the status

18   conference to October 25, 2011, at 9:15 a.m.  The parties also agreed

19   to exclude time under the Speedy Trial Act up to and including October

20   25, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21   preparation of defense counsel.  Finally, the parties agreed that the

22   ends of justice served by granting the defendant's request for a

23   continuance outweigh the best interest of the public and the defendant

24   in a speedy trial.

25        Good cause appearing therefor,

26        **IT IS ORDERED** that this matter is continued to October 25, 2011,

27   at 9:15 a.m.;

28   [PROPOSED] ORDER                    1                    11-330 LKK

**IT IS FURTHER ORDERED** that the period from September 27, 2011, up to and including October 25, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT