```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 11-330 LKK |
|                            ) | |
|           Plaintiff,       ) | ORDER |
|                            ) | |
|     v.                     ) | Date: October 25, 2011 |
|                            ) | Time: 9:15 a.m. |
| ROBERT CLOONEY,            ) | Judge: Hon. Lawrence K. Karlton |
|                            ) | |
|           Defendant.       ) | |
| _____) | |

This matter came before the Court for status conference on October 25, 2011. The parties agreed to reschedule the status conference to November 15, 2011, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to November 15, 2011, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from October 25, 2011, up to and including November 15, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 26, 2011

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```