1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 11-330 LKK
                                )
11              Plaintiff,      ) ORDER
                                )
12      v.                      ) Date: November 15, 2011
                                ) Time: 9:15 a.m.
13 ROBERT CLOONEY,              ) Judge: Hon. Lawrence K. Karlton
                                )
14              Defendant.      )
   _____)

16      This matter came before the Court for status conference on
17 November 15, 2011.  The parties agreed to reschedule the status
18 conference to December 13, 2011, at 9:15 a.m.  The parties also agreed
19 to exclude time under the Speedy Trial Act up to and including December
20 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for
21 preparation of defense counsel.  Finally, the parties agreed that the
22 ends of justice served by granting the defendant's request for a
23 continuance outweigh the best interest of the public and the defendant
24 in a speedy trial.
25 / / /
26 / / /
27 / / /
28 [PROPOSED] ORDER                    1                          11-330 LKK

1    Good cause appearing therefor,

2    **IT IS ORDERED** that this matter is continued to December 13, 2011,
3 at 9:15 a.m.;

4    **IT IS FURTHER ORDERED** that the period from November 15, 2011, up
5 to and including December 13, 2011, is excluded pursuant to 18 U.S.C. §
6 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7    **THE COURT FINDS** that the ends of justice served by granting the
8 defendant's request for a continuance outweigh the best interest of the
9 public and the defendant in a speedy trial.

10 Dated:   November 18, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER                                2                                11-330 LKK