1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  No. 11-330 LKK
                                   )
11                   Plaintiff,    )  ORDER
                                   )
12        v.                       )  Date:  December 13, 2011
                                   )  Time:  9:15 a.m.
13  ROBERT CLOONEY,                )  Judge: Hon. Lawrence K. Karlton
                                   )
14                   Defendant.    )
    _____)
15

16       This matter came before the Court for status conference on

17  December 13, 2011.  The parties agreed to reschedule the status

18  conference to January 18, 2012, at 9:15 a.m.  The parties also agreed

19  to exclude time under the Speedy Trial Act up to and including January

20  18, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21  preparation of defense counsel.  Finally, the parties agreed that the

22  ends of justice served by granting the defendant's request for a

23  continuance outweigh the best interest of the public and the defendant

24  in a speedy trial.

25  / / /

26  / / /

27  / / /

28  ORDER                              1                          11-330 LKK

1      Good cause appearing therefor,

2      **IT IS ORDERED** that this matter is continued to January 18, 2012,

3   at 9:15 a.m.;

4      **IT IS FURTHER ORDERED** that the period from December 13, 2011, up

5   to and including January 18, 2012, is excluded pursuant to 18 U.S.C. §

6   3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7      **THE COURT FINDS** that the ends of justice served by granting the

8   defendant's request for a continuance outweigh the best interest of the

9   public and the defendant in a speedy trial.

10  Dated:   December 15, 2011

11

12  _____

13  LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER                              2                        11-330 LKK