DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> ROBERT CLOONEY,               )<br>                              )<br>            Defendant.        )<br>_____) | No. 11-330 LKK<br><br>ORDER<br><br>Date:  January 18, 2012<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for status conference on January 18, 2012. The parties agreed to reschedule the status conference to January 31, 2012, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including January 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER                                1                                11-330 LKK

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to January 31, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from January 18, 2012, up to and including January 31, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT