DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-330 LKK |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | Date: January 31, 2012 |
| ) | Time: 9:15 a.m. |
| ROBERT CLOONEY, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court for status conference on January 31, 2012. The parties agreed to reschedule the status conference to February 7, 2012, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including February 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER              1                    11-330 LKK

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to February 7, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from January 31, 2012, up to and including February 7, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   February 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT