1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  No. 11-330 LKK
                                  )
11                Plaintiff,      )  ORDER
                                  )
12       v.                       )  Date:  February 7, 2012
                                  )  Time:  9:15 a.m.
13 ROBERT CLOONEY,                )  Judge: Hon. Lawrence K. Karlton
                                  )
14                Defendant.      )
   _____)

15

16      This matter came before the Court for status conference on

17 February 7, 2012.  The parties agreed to reschedule the status

18 conference to February 22, 2012, at 9:15 a.m.  The parties also agreed

19 to exclude time under the Speedy Trial Act up to and including February

20 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21 preparation of defense counsel.  Finally, the parties agreed that the

22 ends of justice served by granting the defendant's request for a

23 continuance outweigh the best interest of the public and the defendant

24 in a speedy trial.

25 / / /

26 / / /

27 / / /

28 [PROPOSED] ORDER                        1                        11-330 LKK

1    Good cause appearing therefor,

2    **IT IS ORDERED** that this matter is continued to February 22, 2012,

3    at 9:15 a.m.;

4    **IT IS FURTHER ORDERED** that the period from February 7, 2012, up to

5    and including February 22, 2012, is excluded pursuant to 18 U.S.C. §

6    3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7    **THE COURT FINDS** that the ends of justice served by granting the

8    defendant's request for a continuance outweigh the best interest of the

9    public and the defendant in a speedy trial.

10   Dated:   February 13, 2012

11

12   _____
     LAWRENCE K. KARLTON

13   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     [PROPOSED] ORDER                    2                    11-330 LKK