1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       ) No. CR. S-11-330 LKK
                                   )
11               Plaintiff,        ) ORDER
                                   )
12     v.                          ) Date:  February 22, 2012
                                   ) Time:  9:15 a.m.
13 ROBERT CLOONEY,                 ) Judge: Hon. Lawrence K. Karlton
                                   )
14               Defendant.        )
   _____ )
15

16     This matter came before the Court for status conference on

17 February 22, 2012.  The parties agreed to reschedule the status

18 conference to March 6, 2012, at 9:15 a.m.  The parties also agreed to

19 exclude time under the Speedy Trial Act up to and including March 6,

20 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21 preparation of defense counsel.  Finally, the parties agreed that the

22 ends of justice served by granting the defendant's request for a

23 continuance outweigh the best interest of the public and the defendant

24 in a speedy trial.

25 / / /

26 / / /

27 / / /

28 ORDER                              1                        11-330 LKK

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to March 6, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from February 22, 2012, up to and including March 6, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 28, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT