1   DANIEL J. BRODERICK, #89424
Federal Defender
2   MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3   Designated Counsel for Service
801 I Street, 3rd Floor
4   Sacramento, California 95814
Telephone: (916) 498-5700
5

6   Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  No. CR. S-11-330 LKK
                                     )
11                   Plaintiff,      )  ORDER
                                     )
12       v.                          )  Date:  March 6, 2012
                                     )  Time:  9:15 a.m.
13  ROBERT CLOONEY,                  )  Judge: Hon. Lawrence K. Karlton
                                     )
14                   Defendant.      )
    _____ )
15

16       This matter came before the Court for status conference on March

17  6, 2012.  The parties agreed to schedule a hearing for change of plea

18  on March 20, 2012, at 9:15 a.m.  The parties also agreed to exclude

19  time under the Speedy Trial Act up to and including March 20, 2012,

20  pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of

21  defense counsel.  Finally, the parties agreed that the ends of justice

22  served by granting the defendant's request for a continuance outweigh

23  the best interest of the public and the defendant in a speedy trial.

24  / / /

25  / / /

26  / / /

27  / / /

28
    ORDER                              1                    CR. S-11-330 LKK

1    Good cause appearing therefor,

2    **IT IS ORDERED** that this matter is scheduled for change of plea on

3  March 20, 2012, at 9:15 a.m.;

4    **IT IS FURTHER ORDERED** that the period from March 6, 2012, up to

5  and including March 20, 2012, is excluded pursuant to 18 U.S.C. §

6  3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7    **THE COURT FINDS** that the ends of justice served by granting the

8  defendant's request for a continuance outweigh the best interest of the

9  public and the defendant in a speedy trial.

10 Dated:  March 7, 2012

11

12

13                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
ORDER                        2                    CR. S-11-330 LKK