FILED
December 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT CLOONEY, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00330 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT CLOONEY__ , Case No. __2:11CR00330__ , Charge __18:2250 - Failure to Register as a Sex Offender__ , from custody for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of $__

        __   __   Unsecured Appearance Bond

        __   __   Appearance Bond with 10% Deposit

        __   __   Appearance Bond with Surety

        __   __   Corporate Surety Bail Bond

    __ ✔ __   (Other)   __Defendant sentenced to Time Served.__

Issued at __Sacramento, CA__ on __December 4, 2012__ at __9:31 am__ .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal